```
 1  PATRICK L. FORTE
    State Bar #80050
 2  CORRINE BIELEJESKI
    State Bar #244599
 3  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 4  Oakland, CA 94612
    Telephone: (510) 465-3328
 5  Facsimile: (510) 7863-8354

 6  Attorneys for Debtors

 7

 8                     UNITED STATES BANKRUPTCY COURT

 9                     NORTHERN DISTRICT OF CALIFORNIA

10  In Re:                               Chapter 13

11  DAVID MATTHEW KOCH                   No. 10-41360 LT13
    NINA ELIZABETH PISANO-KOCH
12                                       MOTION FOR ASSUMPTION OF
                       Debtors.          UNEXPIRED LEASE AND NOTICE OF
13  _____/    DEADLINE TO REQUEST A HEARING

14  TO: THE UNITED STATES TRUSTEE, MARTHA BRONITSKY, CHAPTER 13 TRUSTEE,
    and JEFFRY FAMILY TRUST, c/o ROSS CO. REALTORS, 928 Main St.,
15  Martinez, CA 94553:

16       The motion of DAVID MATTHEW KOCH and NINA ELIZABETH PISANO-KOCH,

17  through their counsel, PATRICK L. FORTE, respectfully represents:

18       1.  Movants are the debtors in this Chapter 13 case.

19       2.  In November, 2005, debtor, NINA ELIZABETH PISANO-KOCH, entered

20  into a Lease by which the debtor leased from JEFFRY FAMILY TRUST, the

21  business premises located at 700 Harvest Park Dr., #O&P, Brentwood, CA

22  94513.  The provisions are set forth in the Lease, a portion of which is

23  attached hereto as Exhibit A.

24       3.  The rent reserved in said Lease is comparable to the rent for

25  similar space in the City of Brentwood, CA.

26  ///
```

4. Debtor has paid all rents coming due after the filing of this case and are prepared to pay lessor all rents that come due. Debtor will cure all pre-petition rental arrearages within a reasonable time.

WHEREFORE, debtor pray for an order allowing her to assume said Lease pursuant to 11 USC Section 365.

NOTICE IS HEREBY GIVEN:

(i) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty-one (21) days of mailing of this notice;

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) That the undersigned will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: April 28, 2010.

/s/ Patrick L. Forte
Patrick L. Forte
Attorney for Debtors